United States District Court
Southern District of Texas
**ENTERED**
October 15, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| ERIC VON TAPLETT, individually and on behalf of all others similarly situated, | § § § § | |
| *Plaintiff*, | § | |
| VS. | § | 3:24-CV-248 |
| | § | |
| THE COLE GROUP, LLC, | § | |
| *Defendant*. | | |

# ORDER

On October 11, 2024, the parties filed a joint stipulation of dismissal and order compelling arbitration. Dkt. 10. The parties agree that the above-caption case be dismissed under Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and that the plaintiff will submit any and all claims arising out of the above referenced matter to arbitration.

Accordingly, it is hereby **ORDERED** that all claims asserted by Eric von Taplett in the above-captioned lawsuit are hereby **DISMISSED WITHOUT PREJUDICE** to their being re-filed.

Signed on Galveston Island on the 15th day of October, 2024.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE